UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MERCA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROOT INSURANCE COMPANY,<br><br>    Defendant. | No. 2:24-cv-02093-DAD-CSK<br><br>ORDER REMANDING ACTION TO THE PLACER COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 5, 9) |

On September 6, 2024, the parties stipulated to remand of this action to the Placer County Superior Court, where this action was originally filed. (Doc. No. 9.) Accordingly, and pursuant to the parties' stipulation, this action is hereby remanded to the Placer County Superior Court. The initial scheduling conference currently set for January 14, 2025 is hereby vacated. The pending motion to dismiss (Doc. No. 5) is denied as having been rendered moot by this order.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 10, 2024**

                                                DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE